```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND; TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND; CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK;
and NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,
                                Petitioners,
           -against-

INSTALLRITE WOODWORKERS INC.,

                                Respondent.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/21/2020

20 Civ. 1447 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 19, 2020, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **March 20, 2020**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **April 10, 2020**, Respondent shall file its opposition; and

3. Petitioners' reply, if any, is due by **April 24, 2020**.

IT IS FURTHER ORDERED that by **March 6, 2020**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **March 11, 2020**, Petitioners shall file an affidavit of such service.

SO ORDERED.

Dated: February 21, 2020
       New York, New York

ANALISA TORRES
United States District Judge