UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,        20 **CIVIL** 1447 (AT)

  -against-            **JUDGMENT**

INSTALLRITE WOODWORKERS INC.,
       Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2021, the petition to confirm the Award is GRANTED. Petitioners' request for pre-judgment and post-judgment interest is GRANTED. Petitioners' request for reasonable attorneys' fees and costs is GRANTED in part. Judgment is entered against Installrite in the amount of (1) $1,706,588.95 pursuant to the Award; (2) $4,908 in attorneys' fees; (3) $1,107.58 in costs (4) pre-judgment interest at a rate of 7.5 % from November 13, 2019 to the date of judgment, in the amount of $176,386.49 ; and (5) post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
    March 30, 2021

                      **RUBY J. KRAJICK**
                      _____
                      **Clerk of Court**
               **BY:**
                      *K. Mango*
                      _____
                      **Deputy Clerk**